

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2020

No. 04-20-00376-CV

**UNITED INDEPENDENT SCHOOL DISTRICT,**
Appellant

v.

**IMPACTO MEDIA, INC.,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellee has been granted two previous extensions to file its brief, the latest until October 16, 2020. Each extension was granted to allow the parties to reach a resolution in the underlying suit. On October 15, 2020, appellee filed an unopposed third motion to extend appellee's deadline to file its brief. The motion is GRANTED and appellee's brief is due **<u>no later than October 23, 2020</u>**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court